UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS.** | § | CRIMINAL NO. SA-11-CR-675(4)-FB |
| **RUBEN CARRANZA** | § | |

## MOTION TO APPOINT LEARNED COUNSEL

NOW COMES, the defendant, Ruben Carranza, and files this Motion to Appoint Learned Counsel. In support thereof the defendant would show the Court as follows:

I.

The defendant is presently under Indictment for a potential Death Penalty offense. The government has indicted certain defendants are exposed to the imposition of the of the Death penalty. This defendant is included in that group.

II.

The Indictment in this case automatically triggers the right of the defendant to be represented by two attorneys. Defendant is respectfully requesting the Court to appoint Mr. Mario Del Prado as Learned Counsel. Mr. Del Prado has been counsel in more than ten (10) Capital cases. He has attended four (4) intensive Capital case seminars, and attended the Gerry Spence trial lawyer college for death penalty cases. He is Board Certified in Criminal Law by the Texas State Board of Legal Specialization.

III.

The government has submitted evidence to the Attorney General of the United States regarding whether to seek the Death Penalty in this cause. Learned Counsel is crucial to assist in defense counsel's input as to that determination.

WHEREFORE, PREMISES CONSIDERED, the defendant respectfully requests this Motion be granted.

Respectfully submitted,

/S/ ROBERT O. SWITZER
ROBERT O. SWITZER
SBN: 19590300
111 Soledad Street
San Antonio, TX 78205
(210) 299-1053 Telephone
(210) 299-1482 Facsimile
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on May 31, 2012, a true and correct copy of the above and foregoing document has been served upon via electronic notice to the Court.

/S/ ROBERT O. SWITZER
ROBERT O. SWITZER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION
CRIMINAL NO. SA-11-CR-675-(3)-FB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO. SA-11-CR-675(4)-FB |
| RUBEN CARRANZA | § | |

## ORDER

On this _____ day of _____, 2012 came on to heard the defendant's Motion to Appoint Learned Counsel.  Having considered the matters presented, the Court is of the opinion that the Motion should be in all things be:

GRANTED          DENIED

IT IS THEREFORE ORDER that Mr. Mario Del Prado be appointed as Learned Counsel.  Mr. Mario Del Prado, bar number 05653600, located at 222 E. Main Plaza, San Antonio, Texas 78205, phone number (210) 698-3533.

_____
HONORABLE FRED BIERY